**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Higinio Mora d/b/a HNY Property Solutions LLC | CHAPTER 13 |
| Debtor(s) | BKY. NO. 22-11891 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of BANKUNITED, N.A. and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
26 Jul 2022, 13:22:24, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 9dfe30dc9518175d81bfaa695d390728864ed2784ba3a2e06f2fab8ec556ea20