United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11891-pmm
Higinio Mora  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Jul 25, 2022     Form ID: pdf900     Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Higinio Mora, 2412 Carbon Street, Allentown, PA 18103-6738 |
| 14706984 | + | Bank United, c/o KML Law Group, 701 Market Street #5000, Philadelphia PA 19106-1541 |
| 14706985 | + | First Heritage Financial LLC, Attn. Bankruptcy Manager, PO BOX 209, Hancock MI 49930-0209 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 26 2022 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 26 2022 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14706986 | + | Email/PDF: ebnotices@pnmac.com | Jul 26 2022 00:14:43 | Penny Mac Loan Service, Attn. Bankruptcy Manager, PO Box30597, Los Angeles CA 90030-0597 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:
**Name      Email Address**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 25, 2022 | Form ID: pdf900 | Total Noticed: 6

DAVID F. DUNN
    on behalf of Debtor Higinio Mora dunncourtpapers@uigzone.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | **Chapter 13** |
| **Higinio Mora,** | : | |
| Debtor. | : | **Case No. 22-11891 (PMM)** |

_____

### ORDER SCHEDULING HEARING AND REQUIRING SCHEDULES TO BE FILED

**AND NOW**, upon consideration of the Debtor's Certification of Exigent Circumstances (doc. # 3, the "Certification"), seeking a waiver of the credit counseling requirement pursuant to 11 U.S.C. §1109(3);

It is he hereby **ordered** that:

1. A hearing with regard to the Certification will be held on **Thursday, August 11, 2022 at 11:00 a.m.** in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn St., Reading, Pennsylvania, 19601 and

2. The Debtor **shall file** all documents required by F.R.B.P 1007 **on or before August 8, 2022**, see doc. #4.

Dated: 7/22/22

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge