**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Higinio Mora | : | |
| Debtor | : | Bankruptcy No. 22-11891 pmm |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 7/22/2022, this case is hereby DISMISSED.

*Patricia M. Mayer*

**Date: August 12, 2022**

Patricia M. Mayer
United States Bankruptcy Judge

Missing Documents:

Atty Disclosure Statement
Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2 - If Applicable
Matrix List of Creditors

bfmisdoc