United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 22-11891-pmm
Higinio Mora     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Aug 12, 2022     Form ID: pdf900     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Higinio Mora, 2412 Carbon Street, Allentown, PA 18103-6738 |
| 14708511 | + | BANKUNITED, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14706984 | + | Bank United, c/o KML Law Group, 701 Market Street #5000, Philadelphia PA 19106-1541 |
| 14708759 | + | BankUnited, NA, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14710588 | + | Capital One Bank, Attn.: Ratchford LAw Group, 54 Glenmaura Nat'l Blvd, Suite 104, Moosic PA 18507-2161 |
| 14710591 | + | Carrington Loan Servicing, Attn: KML Law Group, 701 Market St, Suite 5000, Philadelphia PA 19106-1541 |
| 14710585 | | Discover Bank, Attn.:Weltman Weinberg & Reis LPA, 170 S Independence Mall W, Suite 874W, Philadelphia PA 19106-3334 |
| 14706985 | + | First Heritage Financial LLC, Attn. Bankruptcy Manager, PO BOX 209, Hancock MI 49930-0209 |
| 14708510 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14708758 | + | PennyMac Loan Services, LLC, c/o Rebecca Solarz, Esq., 701 Market St., Ste 5000, Philadelphia, PA 19106-1541 |
| 14710587 | + | Pennymac Loan Service LLC, Attn.: Rebecca Ann Solarz Esq, 701 Market St Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 12 2022 23:39:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 12 2022 23:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14710597 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 12 2022 23:40:09 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14709231 | | Email/Text: mrdiscen@discover.com | Aug 12 2022 23:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14712484 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 12 2022 23:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14706986 | + | Email/PDF: ebnotices@pnmac.com | Aug 12 2022 23:40:11 | Penny Mac Loan Service, Attn. Bankruptcy Manager, PO Box30597, Los Angeles CA 90030-0597 |
| 14712820 | + | Email/PDF: ebnotices@pnmac.com | Aug 12 2022 23:40:17 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14710584 | *+ | First Heritage Financial LLC, Attn Bankruptcy Manager, PO Box 209, Hancock MI 49930-0209 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2022 at the address(es) listed below:

**Name** — **Email Address**

DAVID F. DUNN
on behalf of Debtor Higinio Mora dunncourtpapers@uigzone.com

REBECCA ANN SOLARZ
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor BankUnited N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Higinio Mora | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11891 pmm |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 7/22/2022, this case is hereby DISMISSED.

**Date: August 12, 2022**

_____
Patricia M. Mayer
United States Bankruptcy Judge

Missing Documents:
    Atty Disclosure Statement
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities
    Chapter 13 Statement of Your Current Monthly Income
    and Calculation of Commitment Period Form 122C-1
    Means Test Calculation Form 122C-2 - If Applicable
    Matrix List of Creditors

bfmisdoc